**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **DONETTA HILL,** | | : | |
| | **Petitioner,** | : | **CIVIL ACTION** |
| | | : | |
| | **v.** | : | **No. 12-2185** |
| | | : | |
| **WETZEL, et al.,** | | : | |
| | **Respondents.** | : | |

### ORDER

On this **10th day of November, 2016**, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is hereby is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED** as to all claims except 5 and 9.

2. Ruling on Claims 5 and 9 is deferred, because the Petitioner's request for an evidentiary hearing is **GRANTED** as to these claims.

3. Petitioner's remaining claims are **DENIED**.

4. A certificate of appealability is **GRANTED** on all claims.

An evidentiary hearing will be held on Wednesday, **February 8, 2017**, at **10:00 a.m.** at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in Courtroom 9-B.

_____/s/ Gerald Austin McHugh_____
United States District Judge